# EXHIBIT G

Case 1:07-cv-02207-JGK-GWG    Document 73-8    Filed 03/15/2010    Page 1 of 5

## CLASS COUNSEL QUALIFICATIONS

David W. Sanford, Esq., and Steven L. Wittels, Esq. have had extensive experience in class actions and complex multi-party and multi-state litigation.

Mr. Sanford received his law degree from Stanford Law School in 1995. Mr. Sanford thereafter clerked for the Honorable Gladys Kessler of the United States District Court for the District of Washington, D.C.

Mr. Sanford is the founding partner of Sanford Wittels & Heisler, LLP. ("SWH"). Before co-founding SWH in January 2004, Mr. Sanford opened and managed the Washington, D.C. office of the civil rights firm of Wiggins, Childs, Quinn & Pantazis from 1998 through 2003. He also helped open the Washington, D.C. office of Boies & Schiller in 1997, and worked with David Boies on antitrust matters and commercial litigation. Prior to that, Mr. Sanford worked in the appellate division of Jones, Day, Reavis & Pogue, drafting petitions of certiorari to the United States Supreme Court.

Steven Wittels is a founding partner of SWH. He graduated from The University of California at Berkeley (Boalt Hall) in 1984 with highest honors on his class action thesis. After graduation from Boalt Hall, Mr. Wittels joined the New York office of a leading class action law firm. Mr. Wittels has been a member in good standing of the New York State bar since 1984 and the bar of the Southern and Eastern Districts of New York since 1985.

Mr. Sanford and Mr. Wittels are currently lead or co-lead counsel in five Title VII class action matters, including a national gender discrimination class action against Novartis Pharmaceutical Corporation pending in the United States District Court for the Southern District of New York. The Court in that case has certified a class of approximately 5,600 female employees in Novartis's sales force. The Novartis matter is now scheduled for a

five-week trial in April of 2010, which will be the largest gender discrimination class action trial in U.S. history. Mr. Sanford is also currently lead or co-lead counsel in fourteen other class action matters throughout the United States.

Since 2001, Mr. Sanford and Mr. Wittels have achieved the following resolutions in class action cases throughout the United States, including, but not limited to, the following:

(1) Nationwide class settlement in race discrimination matter against Cracker Barrel Old Country Stores in Tennessee (with DOJ intervention and a consent decree with the United States);

(2) Nationwide class settlement in gender discrimination matter against General Electric in Connecticut;

(3) Nationwide class settlement in race discrimination matter against General Electric in Connecticut;

(4) Nationwide class settlement in race discrimination matter against Cooker Restaurants in Florida;

(5) Nationwide class settlement in race discrimination matter against Kroger in Kentucky;

(6) Nationwide class settlement in race discrimination matter against Goody's Clothing in Georgia;

(7) Nationwide class settlement in race discrimination matter against the FDIC in New York;

(8) Nationwide class settlement in wage and hour matter against C&S Grocers in New York;

(9) Nationwide class settlement in wage and hour matter against Cracker Barrel Old Country Store in Tennessee;

(10) Class-wide settlement in race discrimination matter against Toshiba in Tennessee;

(11) Class-wide settlement in race discrimination matters against Gulf Stream in California;

(12) Class-wide settlement in race discrimination matter against TRW in Tennessee;

(13)　Class-wide settlement in race discrimination matter against IKON in New York;

(14)　Class-wide settlement in race discrimination matter against Southtec in Tennessee;

(15)　Class-wide settlement in race discrimination matter against SuperSteel in New York;

(16)　Class-wide settlement in gender discrimination matter against Fairfield Resorts in Tennessee;

(17)　Class-wide settlement in race discrimination matter against AK Steel in Ohio;

(18)　Class-wide settlement in wage and hour matter against Wampler Poultry in West Virginia;

(19)　Class-wide settlement in wage and hour collective action against Johnny Rocket in Washington, D.C.

(20)　Class-wide settlement in wage and hour matter against Kaiser in California;

(21)　A second class-wide settlement in wage and hour matter against Kaiser in California;

(22)　Class-wide settlement in wage and hour matter against IKON in New York;

(23)　Class-wide settlement in wage and hour mater against TRW in Tennessee;

(24)　Class-wide settlement in wage and hour matter against Autotrader in California;

(25)　Class-wide settlement in wage and hour matter against Spherion in California.

With their extensive class action and litigation experience, Mr. Sanford and Mr. Wittels zealously and vigorously represent the interests of individuals across the United States in civil rights, wage and hour, and commercial, qui tam/whistleblower and appellate litigation.

4

5

In addition to the above, Lexis/Nexis and Martindale Hubbell, a national peer and judge-based review, recognizes Mr. Sanford as an AV-rated attorney, awarding him the highest rating in legal ability and ethical standards.

Given this breadth of experience by Plaintiffs' attorneys, the class can be guaranteed there will be excellent representation and steadfast protection of its rights.