UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN BELLIFEMINE, AMY ZEOLI, MICHELLE POPA, NANCY BEANEY and JENNIFER STORM, Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC<br><br>DEFENDANT. | Case No. 1:07-CV-02207-JGK<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RELATED RELIEF |

SIRS/MADAMS:

TO:   Morgan, Lewis & Bockius, LLP
       1701 Market Street
       Philadelphia, PA 19103

*Counsel for Defendant sanofi-aventis U.S. LLC*

PLEASE TAKE NOTICE that on August 3, 2010 at 4:00 p.m., Plaintiffs Karen Bellifemine, Amy Zeoli, Michelle Popa, Nancy Beaney, and Jennifer Storm will apply to the United States District Court for the Southern District of New York, before the Honorable John G. Koeltl at 500 Pearl Street, New York, New York, 10007, for entry of an Order pursuant to Fed. R. Civ. P. 23:

(i) approving the Settlement of this class action;

(ii) certifying the Class for settlement purposes;

(iii) approving the notice sent to the Class;

(iv) approving Class Counsel's application for attorneys fees and expenses; and

(v) approving Plaintiffs' and Class Members' request for service payments.

2

PLEASE TAKE FURTHER NOTICE that in support of this application, Plaintiffs will rely upon the accompanying (i) Proposed Final Order and Judgment Approving Class Action Settlement; (ii) Joint Declaration of Steven L. Wittels, David W. Sanford, and Janette Wipper with annexed exhibits; (iii) Declaration of Janice Fanning Madden, Ph.D.; (iv) Declaration of Edward J. Sincavage, CPA with annexed exhibits and (v) Supporting Memorandum of Law, together with all prior pleadings and proceedings in this matter.

Dated:   July 20, 2010
         New York, New York

                                                        _____/s/_____
                                                        STEVEN L. WITTELS (SW-8110)

                                                        SANFORD WITTELS & HEISLER, LLP
                                                        1350 Avenue of the Americas, 31st Floor
                                                        New York, NY 10019
                                                        (646) 723-2947

                                                        *Attorneys for Plaintiffs and the Class*