USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAREN BELLIFEMINE, AMY ZEOLI, MICHELLE
POPA, NANCY BEANY, and JENNIFER STORM,
Individually and on Behalf of Others Similarly Situated,
                        Plaintiffs,

            -against-

SANOFI-AVENTIS U.S. LLC,
                 Defendant.
-----------------------------------------------------------X

07 CIVIL 2207 (JGK)

**JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on August 5, 2010, having rendered its Memorandum Opinion and Order finding the settlement, as evidenced by the parties' agreement, to be fair, reasonable and adequate, finding the $4,590,000.00 in attorneys' fees and $150,302.51 in expenses requested by Class Counsel reasonable, as are the service payment awards to Karen Bellifemine, Amy Zeoli, Michelle Popa, Nancy Beaney, Jennifer storm, Amy Johnson, Lucy Velez, Beth Green, and Patrice Sutherland, granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Entry of Final Judgment, and dismissing the Civil Action with prejudice and without further costs, including but not limited to claims for interest, penalties, costs and attorneys' fees, that Named Plaintiffs and any members of the Class have alleged or may have alleged in connection with this Litigation, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 5, 2010, the Court finds the settlement, as evidenced by the parties' agreement, to be fair, reasonable and adequate; the Court finds the

$4,590,000.00 in attorneys' fees and $150,302.51 in expenses requested by Class Counsel reasonable, as are the service payment awards to Karen Bellifemine, Amy Zeoli, Michelle Popa, Nancy Beaney, Jennifer storm, Amy Johnson, Lucy Velez, Beth Green, and Patrice Sutherland; Plaintiffs' Motion for Final Approval of Class Action Settlement and Entry of Final Judgment is granted; and the Civil Action is dismissed with prejudice and without further costs, including but not limited to claims for interest, penalties, costs and attorneys' fees, that Named Plaintiffs and any members of the Class have alleged or may have alleged in connection with this Litigation; accordingly, the case is closed.

**Dated:** New York, New York
August 9, 2010

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____